THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMITH, Appellant, v JOANDREA DAVIS, Warden, Rikers Island, Respondent. [953 NYS2d 858]—Order, Supreme Court, New York County (Larry Stephan J.), entered March 18, 2011, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Tom, J.P., Andrias, Saxe, Acosta and Freedman, JJ.

ARIANIT SIMONI, Respondent, v ELIZABETH COSTIGAN, Appellant, et al., Defendants. ARIANIT SIMONI, Respondent, v PAUL J. NAPOLI, ESQ., et al., Respondents. [953 NYS2d 858]—

Order, Supreme Court, Bronx County (Laura G. Douglas, J.), entered February 17, 2011, which, inter alia, denied defendant Costigan's motion to consolidate two personal injury actions with a legal malpractice action, unanimously affirmed, without costs.

Although the personal injury actions and the legal malpractice action involve "a common question of law or fact" (CPLR 602 [a]), consolidation could engender jury confusion and prejudice the defendants in the malpractice action (*see Addison v New York Presbyt. Hosp./Columbia Univ. Med. Ctr.*, 52 AD3d 269 [1st Dept 2008]; *Brown v Brooklyn Union Gas Co.*, 137 AD2d 479 [2d Dept 1988]). Concur—Tom, J.P., Andrias, Saxe, Acosta and Freedman, JJ.